# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERNEST A. HARDWAY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-184-DRH ) |
| WARDEN RYKER, *et al.*, | ) ) |
| Defendants. | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

September 17, 2008.        By: /s/    DavidRHerndon
*Date*                                                                          *District Judge*